UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                         Criminal No. 03-cr-37-01-SM

<u>James E. Hukvari</u>

## <u>O R D E R</u>

Defendant moves for an order changing his planned supervised release location from Iowa to Nevada, due to alleged changes in family circumstances that now make Iowa impractical.  The Supervising U.S. Probation Officer for this district was consulted and recommends (copy attached) that the motion be denied, without prejudice, on grounds that an administrative process is available to defendant to seek the change he desires. That process is better suited to evaluating the propriety of defendant's relocation to Nevada, and is designed to insure defendant's opportunity for success during the supervision period.

Accordingly, the motion is denied without prejudice. Defendant may seek the change he desires through the Bureau of Prisons' administrative process.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

February 2, 2006

cc:  Robert M .Kinsella, Esq.
     James E. Hukvari, pro se
     U.S. Probation
     U.S. Marshal